IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARRIN MAHNKE,

                          Plaintiff,

     v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY United States of America,

                        Defendants.

ORDER

11-cv-84-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Dana Duncan of Schmidt, Grace and Duncan has filed a motion for leave to withdraw as counsel for plaintiff in this matter. Before granting the motion, I will need to know whether plaintiff has any objection to it and if so, the grounds for his objections.

      Therefore, I will reserve a ruling on the motion for leave to withdraw until plaintiff has had an opportunity to advise the court of his position on the motion. If plaintiff does not respond to this opportunity to be heard by May 2, 2011, by writing to the court at P.O.

1

Box 432, Madison, WI 53701, I will assume he has no objection. In that event, the motion will be granted.

    Entered this 14th day of April, 2011.

                                       BY THE COURT:
                                       /s/
                                       BARBARA B. CRABB
                                       District Judge