IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARRIN MAHNKE,

                                                                   ORDER

Plaintiff,

                                                                   11-cv-84-bbc

     v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY United States of America,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On May 6, 2011, I entered an order advising plaintiff that he had until May 20, 2011 in which to advise the court in writing whether he has retained counsel to represent him. As of the date of this order, plaintiff has not responded. If I do not hear from plaintiff by June 1, 2011, I will assume that he no longer wishes to pursue this lawsuit and I will dismiss it in its entirety with prejudice.

      Entered this 24th day of May, 2011.

                                                   BY THE COURT:
                                                 /s/
                                                 BARBARA B. CRABB
                                                 District Judge