IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARRIN MAHNKE,

                                             ORDER

                Plaintiff,

                                        11-cv-84-bbc

    v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY United States of America,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff has written to the court to advise that he is still attempting to find counsel to represent him in this case. I will give plaintiff until July 25, 2011 in which to advise the court whether he has retained counsel to represent him or if not, whether he wishes to appear pro se or dismiss his case.

      Entered this 3d day of June, 2011.

                                          BY THE COURT:

                                          /s/
                                          BARBARA B. CRABB
                                          District Judge