IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARRIN MAHNKE,

                                                                    ORDER

                 Plaintiff,

                                                       11-cv-84-bbc

      v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY United States of
America,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      After almost three months, plaintiff has failed to find counsel to represent him in his appeal of an adverse social security administration decision.  Although it is evident that plaintiff has been making a good faith effort to find counsel, I cannot keep this case open indefinitely.  It will be necessary for plaintiff to proceed pro se if he wants to avoid dismissal of the case.

      Plaintiff may have until August 29, 2011 in which to serve his complaint in the manner described in the attachment to this order.  Once he has done this, the government will file a copy of the transcript of the proceedings in his case and the court will issue a

1

briefing schedule, giving plaintiff time to explain to the court what mistakes he thinks the Social Security Administration made in evaluating his claim for disability benefits.

ORDER

IT IS ORDERED that if plaintiff Darrin Mahnke intends to proceed with his appeal, he must serve defendant no later than August 29, 2011.  If he fails to do so, this case will be dismissed.

Entered this 29th day of July, 2011.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge

2