IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARRIN MAHNKE,

                                                    ORDER

                Plaintiff,

                                                 11-cv-84-bbc

     v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY United States of
America,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This case was filed on February 1, 2011. After the court granted Dana Duncan's request to withdraw as counsel for plaintiff on May 9, 2011, it gave plaintiff Darrin Mahnke approximately three months to find replacement counsel. Plaintiff was unable to retain counsel, so he pursued this case pro se and served his complaint on the defendant. Defendant filed an answer along with administrative record on November 4, 2011, and a briefing schedule was established. Plaintiff subsequently sought and received three extensions of time to submit his brief in support. In the most recent order entered on February 29, 2012, the magistrate judge gave plaintiff until March 21, 2012 to file his brief.

1

The magistrate judge warned plaintiff that he would not receive any further extensions of this deadline. It is now April 12, 2012 and plaintiff has neither filed his brief in support nor written to the court to explain his failure to do so. Accordingly, plaintiff's case will be dismissed.

ORDER

IT IS ORDERED that the action filed by plaintiff Darrin Mahnke for judicial review of an adverse decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g) is DISMISSED without prejudice for plaintiff's failure to prosecute it. The clerk of court is directed to enter judgment in favor of defendant and close this case.

Entered this 16th day of April, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge