IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRIN MAHNKE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,
United States of America,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-84-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Darrin Mahnke's failure to prosecute.

By: _____, Deputy Clerk      4-17-12
    Peter Oppeneer, Clerk of Court                           Date